```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
JOSUE ROMERO, *on behalf of himself and* :
*all others similarly situated* :
:
                  Plaintiff, :      20-cv-8775 (VSB)
:
    -against- :      **ORDER**
:
HASSELBLAD INC., :
:
                  Defendant. :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

  SO ORDERED.

Dated:  January 29, 2021
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge